UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KARLA L. COSSEY and WILLIAM COSSEY, | ) ) ) | 4:02CV661 WRW |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | ORDER OF DISMISSAL |
| ASSOCIATES' HEALTH AND WELFARE PLAN; and ADMINISTRATIVE COMMITTEE, ASSOCIATE' HEALTH AND WELFARE PLAN, | ) ) ) ) ) | |
| Defendants | ) | |

Counsel have filed a  Stipulation of Dismissal With Prejudice and state that all of plaintiffs' claims against the defendants may be dismissed with prejudice.

IT THEREFORE IS ORDERED that this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated February 18, 2009.

BY THE COURT


s/  Warren K. Urbom
United States Senior District Judge